# United States District Court
# For The Western District of North Carolina
# Asheville Division

Penny Dunston ,

    Plaintiff(s),

vs.

Bank of America, N.A., et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10-cv-00119

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/9/2010 Order.

Signed: August 9, 2010

Frank G. Johns, Clerk
United States District Court